### REED, Plaintiff-Appellant, v. REED, Exr., Defendants-Appellees.

Ohio Appeals, Second District, Clark County.

No. 499. Decided March 25, 1953.

John R. Harner, Springfield, for plaintiff-appellant.

Aaron J. Halloran, Springfield, for defendant-appellee, Delia C. Adams.

### OPINION

By THE COURT:

We have carefully examined the record in this case together with the briefs of counsel and are of the same opinion as the trial court. Judge Gram, in a lengthy and well considered opinion, properly analyzes the legal questions presented and the laws applicable thereto. It would serve no useful purpose for us to write another opinion; hence we will adopt that of the trial court as our own. The Court of Appeals for Highland County similarly defined "specific legacy" in the case of **Hood v. Garrett, 53 Oh Ap 464**, at **page 468**.

Finding no error in the record the judgment will be affirmed.

WISEMAN, PJ, MILLER and HORNBECK, JJ, concur.